IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr00511-WYD-02, Melinda Franklin, Order

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MELINDA FRANKLIN,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 7 2005

GREGORY C. LANGHAM
CLERK

---

ORDER TO MODIFY SUPERVISED RELEASE CONDITIONS, DISMISS VIOLATION
PETITION, AND RELEASE DEFENDANT FROM CUSTODY

---

    This matter is before the Court upon the report of the probation officer, in an unopposed motion from all parties, that the defendant, who is currently in federal custody at Douglas County Jail, has been accepted for relocation to the Western District of Texas, contingent upon a modification of her supervised release for a 120 day placement in community corrections; it is

    ORDERED that the defendant shall reside at Dismas Charities, Inc., 7011 Alameda, El Paso, Texas for a period of 120 days, to commence on or about December 12, 2005, and shall observe the rules of that facility. The defendant shall pay 25% of her weekly gross income for her subsistence as long as the amount does not exceed the daily contract rate. It is further

    ORDERED that the Probation Officer's petition on supervised release violations filed on May 24, 2005, be dismissed based on the above modification. It is further

    ORDERED that the defendant be released from custody at the Douglas County Jail on December 8, 2005, to be escorted by her father, Jerry Estrada, to the U.S. Probation Department, 212 N. Wahsatch, Suite 300, Colorado Springs, Colorado to obtain a travel permit and then be allowed to travel to El Paso, Texas with her father. The defendant is to report to the U.S. Probation Office in El Paso, Texas within 72 hours of her release and is to report to the community corrections center as directed.

    DATED at Denver, Colorado, this 7th day of December, 2005.

BY THE COURT:

Wiley Y. Daniel
United States District Judge